No. 3097.—Mrs. E. G. MILLER, Executrix, *v.* FRANKLIN CURTIS et al.

23   33<br>f121  730

In this case a broker had entrusted to him the sale of a plantation in the parish of St. James. The purchaser, Curtis, was informed by the broker of the terms of the sale, which included the brokerage of two per cent. on the price to be paid by the purchaser. Curtis joined another party with him in the purchase, who knew nothing of the agreement to pay brokerage. Held—That this fact did not lessen his liability to the broker.

APPEAL from the Fourth Judicial District Court, parish of St. James. *Beauvais*, J. *Alfred Roman*, for plaintiff and appellee. *Legendre & Poche*, for defendants and appellants.

LUDELING, C. J. This is a suit by the executrix of G. W. Miller, a real estate broker, for his commission for negotiating the sale of " Longview Plantation," in the parish of St. James.

The petitioner alleges that the said G. W. Miller was entrusted with the sale of the plantation by the owner under the stipulation that the purchaser should pay the brokerage of two per cent. on the price to be obtained; that Curtis, having been informed of the price and conditions of the sale, agreed to them, and subsequently he bought the plantation with another person.

The defendant admits that he and one Ball bought the place; that he had negotiated for it with Miller, but he denies that he agreed to pay the brokerage.

The evidence establishes the claim of the plaintiff. The fact that Mr. Curtis joined another with him in the purchase of the plantation, does not lessen his liability to the broker.

It is therefore ordered that the judgment of the district court be affirmed, with costs of appeal.